LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINA WARREN,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. EDCV 22-00317 AS<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

    IT IS ORDERED that, based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), EAJA attorney fees are awarded in the amount of Seven Thousand Five Hundred and 00/100 **($7,500.00)**, and costs in the amount of ZERO ($0.00), subject to the terms of the Stipulation.

DATE:  February 22, 2023            / s / Sagar
                                          HON. ALKA SAGAR
                                          UNITED STATES MAGISTRATE JUDGE